UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY J. HAESSLY,

    Defendant.

Case No. 13-CR
[18 U.S.C. §§ 842(a)(1) & (i),
844(a), 922(g)(1) & 924(a)(2)]

13-CR223

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

1. On or about October 24, 2013, in the State and Eastern District of Wisconsin,

**ANTHONY J. HAESSLY,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The ammunition is more fully described as Winchester 12 gauge shotgun shells.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

On or about October 24, 2013, in the State and Eastern District of Wisconsin,

**ANTHONY J. HAESSLY,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess explosives, to wit: pipe bombs, the components of which had been transported in interstate commerce, and the possession of which was therefore in and affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 842(i) and 844(a).

## COUNT THREE

In or about October of 2013, in the State and Eastern District of Wisconsin,

**ANTHONY J. HAESSLY**

knowingly engaged in the business of manufacturing explosive materials, to wit: pipe bombs, without a license to do so pursuant to Chapter 40 of Title 18, United States Code.

All in violation of Title 18 United States Code, Sections 842(a)(1) and 844(a).

A TRUE BILL:

FOREPERSON
Date: 11/19/2013

_____
JAMES L. SANTELLE
United States Attorney